Bruce A. Thomason
THOMASON LAW CENTER
6520 Eastern Ave
Ste 206
Bell Gardens, CA 90201
Tel  (323) 319-5435
Fax (323) 837-4766
brucethomason@hotmail.com

**FILED & ENTERED**

**JUL 21 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza  **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISON**

| | |
|---|---|
| In re<br><br>MARIA P CHINO,<br><br>    Debtors, | ) Case No.: 2:15-bk-18159 VZ<br>)<br>) Chapter 13<br>)<br>) **ORDER GRANTING MOTION TO**<br>) **MODIFY DISMISSAL ORDER TO**<br>) **VACATE THE 180 DAY RESTRICTION**<br>) **AGAINST BEING A DEBTOR**<br>) |

    An order was entered on July 9, 2016 6o dismiss this case, and it included a provision that MARIA P CHINO ("Debtor") may not be a debtor for 180 days, pursuant to 11 U.S.C. 109(g).  On July 16, 2015, the Debtor filed a MOTION TO VACATE ORDER FOR RESTRICTION 180 DAYS TO FILE A CASE ("the Motion").  Having reviewed the Motion, IT IS ORDERED that the Motion is **GRANTED**.

##

Date: July 21, 2015

_Vincent P. Zurzolo_
Vincent P. Zurzolo
United States Bankruptcy Judge

ORDER GRANTING MOTION TO EXTENSION OF TIME TO FILE SCHEDULE- 1